# UNITED STATES DISTRICT COURT
## NEWARK, NEW JERSEY

DARRYL C. WALLS

**PLAINTIFF(S)**

-vs-

VERIZON CONNECTED SOLUTIONS INC.

CIVIL NO. 03-4998 (WGB)

DEMAND FOR TRIAL BY JURY

YES ☐   NO ☐
(CHECK ONE BOX ONLY)

## COMPLAINT

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5 (g).

2. Plaintiff(s) resides at  **47 South Munn Ave**
   Street Address

   **East Orange**, **Essex**, **NJ**
   City                County              State

   **973 414 8119**
   Phone Number

FILED
10-22-03
AT 8:30 M
WILLIAM T. WALSH
CLERK

-2-   6820 HOSPITAL DRIVE
_____

3.  Defendant(s) lives at, or its business is located at __540 BROAD STREET__
                                                              Street Address
__ROSEDALE__                                                          __MARYLAND 21237__
__NEWARK__, __ESSEX__, __N.J. 07102__,
              County              State

__973 649 4710__.
Phone Number

4.  Please state the address at which you sought employment __LOOKING FOR WORK IN__,
                                                                     City

__MULTIPLE LOCATIONS IN NEW JERSEY__, __MARYLAND, AND VIRGINIA__.
         County                              State

5.  State as nearly as possible when the discriminatory acts occurred:

__16TH__, __NOVEMBER__, __2001__.
   Day        Month        Year

5a. If practice is continuing check the appropriate box:
_____✓_____(YES)_____ NO

6.  State as nearly as possible when you filed charges with the N.J. Division on Civil Rights regarding defendant's alleged discriminatory conduct:

__23RD__, __JANUARY__, __2003__.
   Day       Month        Year

7.  State as nearly as possible when you filed charges with the Equal Employment Opportunity Commission regarding defendants alleged discriminatory conduct: __23RD__,
                                                                                                                                                              Day
__JANUARY__, __2003__.
  Month      Year

8.  The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to Sue letter which was received by you on

__TUESDAY 29TH__, __JULY__, __2003__.
       Day            Month      Year

(Note: Please attach Notice-of-Right-to Sue letter to this Complaint)

9. The acts complained by you, in this suit, concern:

   A. __✓__ Failure to employ you.

   B. __✓__ Termination of your employment.

   C. _____ Failure to promote you.

   D. _____ Other acts (please specify) _____

   _____
   _____
   _____
   _____
   _____
   _____

10. Defendant's conduct is discriminatory with respect to which of the following:

    _____
    _____
    _____

    A. __✓__ Your race

    B. _____ Your Color

    C. __✓__ Your Sex

    D. _____ Your Religion

    E. _____ Your National Origin

11. A Copy of the charge to the Equal Employment Opportunity Commission (is attached) to this complaint and is submitted as a brief statement of the facts of your claim.

12. If relief is not granted, plaintiff will be irreparably denied rights secured by the Title VII of the Civil Rights Act of 1964, as amended.

13. Plaintiff(s) has no adequate remedy at law to redress the wrongs described above.

WHEREFORE, Plaintiff(s) prays (check appropriate letter(s) as follows):

A. _____ That all fees, costs or security attendant to this litigation be hereby waived pursuant to affidavit of indigence submitted herewith.

B. \_\_\_✓\_\_\_ That the Court grant such relief as may be appropriate, including injunctive orders, damages and costs.

C. \_\_\_✓\_\_\_ That a trial by jury (is)/is not hereby demanded by the plantiff.
(Circle one)

_____
SIGNATURE OF PLAINTIFF

EEOC Form 161 (3/98)     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

| To: | Darryl C. Walls<br>147 So. Munn Avenue<br>East Orange, NJ 07018 | From: | Newark Area Office<br>1 Newark Center<br>21st Floor<br>Newark, NJ 07102 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 160-2002-01980 | Legal Unit | (215) 440-2828 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Corrado Gigante, Director

JUL 2 5 2003
(Date Mailed)

Enclosure(s)

cc:
Homer M. Mosley
EEO Management Consultant
VERIZON
540 Broad Street, 14th Floor
Newark, NJ 07102

Sandra B. Durant
Durant & Associates
1560 Broadway, Suite 408
New York, NY 10036

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

☐ FEPA
☒ EEOC  160A201980

**NEW JERSEY DIVISION ON CIVIL RIGHTS** and EEOC
*State or local Agency, if any*

RECEIVED 03 JAN 23

| | |
|---|---|
| NAME (Indicate Mr., Ms., Mrs.) Mr. Darryl C. Walls | HOME TELEPHONE (Include Area Code) (973) 414-8114 |
| STREET ADDRESS 147 So. Munn Avenue, CITY, STATE AND ZIP CODE East Orange, NJ 07018 | DATE OF BIRTH 05/14/1963 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME Verizon Connected Solutions, Inc. | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) (973) 649-4710 |
|---|---|---|
| STREET ADDRESS 540 Broad St., CITY, STATE AND ZIP CODE Newark, NJ 07102 | | COUNTY 013 |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST   LATEST
12/16/2001
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I was hired by this employer on November 13, 1995. My last position was that of Business Manager - Resources. I was promoted to that position in July, 1999. My last performance evaluation, dated June 30, 2001, was rated 4 out of 5.

On November 16, 2001, myself and others were informed by Douglas Crellin, (White) a management official, that we would face a discharge on December 16, 2001. Mr Crellin, stated that the criteria would place more weight on performance evaluations, then seniority.
I believe that this employer failed to maintain that standard, in that females and caucasians with less seniority and /or poor qualifications were retained or hired into the positions I sought. Those retained, hired or urged to apply were Diana Collado, Bernard Conahan, Dawn Franco, Rose Ferrara, and others. I was better qualified.

I believe that I was discriminated against by being discharged because of my race (Black) and my sex (male), in violation of Title VII of the Civil Rights Act of 1964, as amended (Title VII).

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

1/23/03
Date    Charging Party (Signature)

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year) 1/23/2003

EEOC FORM 5 (Rev. 07/99)    **CHARGING PARTY COPY**